WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
BETSY C. MANIFOLD (182450)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RENATA JERNIGAN, Derivatively on Behalf of LANTRONIX, INC.,

Plaintiff(s),

v.

JASON W. COHENOUR, SALEEL AWSARE, HOSHI PRINTER, PHILIP BRACE, PHU HOANG, CHRISTA STEELE, PAUL PICKLE, JEREMY WHITAKER, HEIDI NGUYEN and LANTRONIX, INC.,   Defendant(s).

CASE NUMBER

8:24-cv-00803-DOC-JDE

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) WITHOUT PREJUDICE**

PLEASE TAKE NOTICE: (*Check one*)

☐   This action is dismissed by the Plaintiff(s) in its entirety.

☐   The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐   The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐   The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑   **ONLY** Defendant(s) <u>CHRISTA STEELE</u> _____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by <u>Plaintiff Renata Jernigan</u> _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

<u>May 23, 2024</u>
*Date*

<u>/s/ Betsy C. Manifold</u>
*Signature of Attorney/Party*

*NOTE:   F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-09 (03/10)       NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)