**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
BETSY C. MANIFOLD (182450)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
Email: manifold@whafh.com

*Attorneys for Plaintiff*
[*Additional Counsel Listed Below*]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATA JERNIGAN, Derivatively on Behalf of LANTRONIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JASON W. COHENOUR, SALEEL AWSARE, HOSHI PRINTER, PHILIP BRACE, PHU HOANG, CHRISTA STEELE, PAUL PICKLE, JEREMY WHITAKER, and HEIDI NGUYEN,<br><br>Defendants,<br><br>and,<br><br>LANTRONIX, INC.,<br><br>Nominal Defendant. | CASE NO.: 8:24-CV-00803<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff RENATA JERNIGAN, by and through her undersigned counsel of record, hereby voluntarily dismisses her action without prejudice pursuant to Rule 41(a)(1)(A)(i). Defendant has not yet served an answer or a motion for summary judgment.

Dated: June 26, 2024

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: /s/ Betsy C. Manifold
BETSY C. MANIFOLD (182450)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
Email: manifold@whafh.com

Thomas J. McKenna
Gregory M. Egleston
**GAINEY McKENNA & EGLESTON**
260 Madison Avenue, 22nd Fl.
New York, NY 10016
Tel:   (212) 983-1300
Fax:   (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

***Attorneys for Plaintiff***